MARY KATE SULLIVAN (State Bar No. 180203)
mks@severson.com
ALISA A. GIVENTAL (State Bar No. 273551)
aag@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARD HICKS, | Case No. 2:19-cv-01166-KJM-AC |
| Plaintiff, | **JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT; ORDER** |
| vs. | |
| TRANS UNION, LLC., EXPERIAN INFORMATION SOLUTIONS, INC., WELLS FARGO BANK, NATIONAL ASSOCIATION, | |
| Defendants. | |

Pursuant to United States District Court, Eastern District of California, Civil Local Rule 144(a), which requires Court approval for any extension to respond to the initial complaint beyond 28 days, plaintiff Gerard Hicks ("Plaintiff"), through his undersigned counsel, and Wells Fargo Bank, N.A. ("Defendant"), by and through its undersigned counsel, hereby jointly move for an extension for Defendant to file its responsive pleading based on the following facts:

1. Defendant's deadline to respond to the initial Complaint was July 22, 2019;

2. Plaintiff and Defendant entered into a stipulation to postpone the response deadline to August 19, 2019;

3. Plaintiff and Defendant are engaged in settlement discussions and jointly move to extend the response deadline to September 18, 2019.

IT IS SO STIPULATED.

DATED: August 19, 2019     CONSUMER LITIGATION ASSOCIATES, P.C.


By:     */s/ Tara B. Keller*
            Tara B. Keller

Attorneys for Plaintiff GERARD HICKS

DATED: August 19, 2019     SEVERSON & WERSON
                           A Professional Corporation


By:     */s/ Alisa A. Givental*
            Alisa A. Givental

Attorneys for Defendant WELLS FARGO BANK, N.A.

I, Alisa A. Givental, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Tara B. Keller has concurred in this filing.

By:     /s/ Alisa A. Givental

## **ORDER**

Pursuant to the joint stipulation of plaintiff Gerard Hicks and defendant Wells Fargo Bank, N.A., and good cause appearing, the deadline for Defendant to respond to Plaintiff's complaint is hereby extended to September 18, 2019. No other deadlines shall be affected by this Order.

IT IS SO ORDERED.

DATED: August 19, 2019.

_____
UNITED STATES DISTRICT JUDGE