| | |
|---|---|
| 1 | MARY KATE SULLIVAN (State Bar No. 180203)<br>mks@severson.com |
| 2 | ALISA A. GIVENTAL (State Bar No. 273551)<br>aag@severson.com |
| 3 | SEVERSON & WERSON<br>A Professional Corporation |
| 4 | One Embarcadero Center, Suite 2600<br>San Francisco, California 94111 |
| 5 | Telephone: (415) 398-3344<br>Facsimile: (415) 956-0439 |
| 6 | |
| 7 | Attorneys for Defendant<br>WELLS FARGO BANK, N.A. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARD HICKS, | Case No. 2:19-cv-01166-KJM-AC |
| Plaintiff, | **JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT; ORDER** |
| vs. | |
| TRANS UNION, LLC., EXPERIAN INFORMATION SOLUTIONS, INC., WELLS FARGO BANK, NATIONAL ASSOCIATION, | |
| Defendants. | |

Pursuant to United States District Court, Eastern District of California, Civil Local Rule 144(a), which requires Court approval for any extension to respond to the initial complaint beyond 28 days, plaintiff Gerard Hicks ("Plaintiff"), through his undersigned counsel, and Wells Fargo Bank, N.A. ("Defendant"), by and through its undersigned counsel, hereby jointly move for an extension for Defendant to file its responsive pleading based on the following facts:

1. Defendant's deadline to respond to the initial Complaint was July 22, 2019;

2. Plaintiff and Defendant entered into a stipulation to postpone the response deadline to August 19, 2019 and then September 18, 2019.

3. Plaintiff and Defendant are engaged in settlement discussions and informal fact finding and jointly move to extend the response deadline to October 16, 2019.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| DATED: September 18, 2019 | | CONSUMER LITIGATION ASSOCIATES, P.C. |

By: _/s/ Tara B. Keller_
Tara B. Keller

Attorneys for Plaintiff GERARD HICKS

DATED: September 18, 2019   SEVERSON & WERSON
A Professional Corporation

By: _/s/ Alisa A. Givental_
Alisa A. Givental

Attorneys for Defendant WELLS FARGO BANK, N.A.

I, Alisa A. Givental, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Tara B. Keller has concurred in this filing.

By:   /s/ Alisa A. Givental

## **ORDER**

Pursuant to the joint stipulation of plaintiff Gerard Hicks and defendant Wells Fargo Bank, N.A., and good cause appearing, the deadline for Defendant to respond to Plaintiff's complaint is hereby extended to October 16, 2019. No other deadlines shall be affected by this Order.

IT IS SO ORDERED.

DATED: September 23, 2019.

_____
UNITED STATES DISTRICT JUDGE