Heather M. Shumaker, Esq.  (IN #28340-49)
  *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  hshumaker@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*
*Designated Counsel for Service*


Eileen T. Booth, Esq. (CSB #182974)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA  95825
Telephone:  916-971-4100
Fax:  916-971-4150
E-Mail:   ebooth@jacobsenmcelroy.com

*Counsel for Defendant Trans Union, LLC*
(Designated for service)

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| GERARD HICKS,<br>　　　　Plaintiff,<br><br>　vs.<br><br>TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and WELLS FARGO BANK NATIONAL ASSOCIATION;<br>　　　　Defendants. | CASE NO. 2:19-cv-01166-KJM-AC<br><br>**ORDER GRANTING MOTION TO WITHDRAW *PRO HAC VICE* ADMISSION OF HEATHER M. SHUMAKER** |

　　　This cause is before the Court on Motion to Withdraw *Pro Hac Vice* Admission of Heather M. Shumaker.  The Court, being duly advised, hereby GRANTS said Motion.

　　　Heather M. Shumaker's *pro hac vice* admission is hereby withdrawn.

　　　IT IS SO ORDERED this 26th day of September, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE