# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARD HICKS,<br><br>                Plaintiff,<br><br>        v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>                Defendants. | No. 2:19-CV-1166 – KJM-AC<br><br><br><br>AMENDMENT TO THE SCHEDULING ORDER |

The parties jointly request (ECF No. 47) to amend dates in the pretrial scheduling order (ECF No. 31). Good cause appearing, the court GRANTS this request, as follows:

| Description | Existing Date | New Date |
|---|---|---|
| Discovery Cutoff | 3/15/2020 | 5/18/2020 |
| Expert Disclosures | 4/15/2020 | 6/18/2020 |
| Completion of Non-Expert Discovery | 5/29/2020 | 7/31/2020 |
| Completion of Expert Discovery | 6/10/2020 | 8/12/2020 |
| All Dispositive Motions Hearing Date | 9/4/2020 | 12/11/2020 |
| File Joint Pretrial Conference Statement | N/A | N/A |
| Final Pretrial Conference | N/A | N/A |
| Trial Briefs Due | N/A | N/A |

This amendment does not alter any other portions of the initial scheduling order (ECF No. 31).

1

1     IT IS SO ORDERED.

2   DATED:  May 18, 2020.

                                            _____
                                            CHIEF UNITED STATES DISTRICT JUDGE

2